# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York
www.nyeb.uscourts.gov

**Case Name:** **Continental Broker-Dealer**
**Case No.:** 804-85318-619

**Adversary Proceeding:** **Stern v. Gunnallen Financial and Boothe**
**Adversary Proceeding No:** 807-8003-619

# MAILING CERTIFICATE

I, Ruth Anziano, Secretary to Judge Joel B. Rosenthal, United States Bankruptcy Court, hereby certify that there was deposited on **May 9, 2007** in a duly maintained Post Office Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 copies of **MEMORANDUM DECISION AND ORDER**, dated **May 9, 2007**, duly addressed to:

Nathan Schwed, Esq.
Zeichner Ellman & Krause
575 Lexington Ave
New York, NY 10022

Jeffrey L Wilson, Esq.
Wilson Elser Moskowitz et al
150 East 42nd Street
New York, NY 10017

Anthony Paduano, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas- Ninth Floor
New York, NY 10020

Dated: May 9, 2007
Central Islip, New York

                                             ***/s/ Ruth Anziano***
                                             Ruth Anziano